UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTIN ANTONIO SOLOMON,

       Plaintiff,                            No. 19-12354

v.                                        District Judge Terrence G. Berg
                                              Magistrate Judge R. Steven Whalen

MICHIGAN DEPT. OF CORRECTIONS,
ET AL.,

       Defendant.
_____/

## ORDER

Before the Court is Plaintiff's motion [ECF No. 83] for immediate consideration of his motion for default judgment [ECF No. 63].

I have filed a Report and Recommendation that the motion for default judgment be denied. Therefore, the motion for immediate consideration [ECF No. 83] is DENIED AS MOOT.

IT IS SO ORDERED.

                                                      s/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      United States Magistrate Judge

Dated: August 7, 2020

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 7, 2020 electronically and/or by U.S. mail.

s/Carolyn M. Ciesla<br>
Case Manager