# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| **MARTIN ANTONIO SOLOMON**, | 2:19-CV-12354-TGB-RSW |
| Plaintiff, | |
| vs. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| **MICHIGAN DEPT. OF CORRECTIONS, ET AL.**, | |
| Respondents. | |

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation of August 8, 2020, recommending that Plaintiff's motion for default judgment (ECF No. 63) be denied.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the

record.  *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).  The Court will therefore accept the Magistrate's Report and Recommendation of August 8, 2020 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Whalen's Report and Recommendation of August 8, 2020, is **ACCEPTED** and **ADOPTED**.  It is **FURTHER ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED**.

Dated: September 4, 2020.

                                          BY THE COURT:

                                          /s/Terrence G. Berg
                                          TERRENCE G. BERG
                                          United States District Judge