UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARTIN ANTONIO SOLOMON,** Plaintiff, vs. **MICHIGAN DEPARTMENT OF CORRECTIONS, et al.,** Defendants. | **2:19-CV-12354-TGB-EAS** **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITH PREJUDICE.**

Dated at Detroit, Michigan: December 7, 2022.

                                         KINIKIA ESSEX
                                         CLERK OF THE COURT

                                         s/A. Chubb
                                         Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE